UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILBURT EVANS,

        Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

07 Civ. 6662 (RJH)

ORDER

        WILBURT EVANS, plaintiff in the above-captioned case is no longer pro se.

**Accordingly, the case is hereby designated an ECF case.**

SO ORDERED.

Dated: New York, New York
      January 2, 2008

                                              Richard J. Holwell
                                              United States District Judge