```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
WILBUR EVANS,                          :   07 Civ. 6662 (RJH)(JCF)
                                       :
                Plaintiff,             :   O R D E R
                                       :
      - against -                      :
                                       :
DEPARTMENT OF CORRECTIONAL             :
SERVICES, OFFICER JOHN DOE #1 thru     :
9, E.S.U.,                             :
                Defendants.            :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/20/08

A pretrial conference having been held on May 19, 2008, it is hereby ORDERED as follows:

1. All discovery shall be completed by November 28, 2008.

2. The pretrial order shall be submitted by December 31, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         May 20, 2008

1

Copies mailed this date:

Nicole M. Bellina, Esq.
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, New York 11217

Joyce D. Campbell Priveterre, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007