# STOLL GLICKMAN & BELLINA LLP ATTORNEYS AT LAW

**MEMO ENDORSED**

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

June 12, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08
```

Magistrate Judge James Francis
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Evans v. City of New York et al.</u>  07CV6662(RJH)(JCF)

Dear Magistrate Judge Francis-

I write to request permission to amend the complaint in this action. I have attempted to obtain opposing counsel ACC Campbell Priveterre's consent, however her voice mail explains she will be out of the office until July 7, 2008. ACC Campbell Priveterre and I did discuss at the initial conference that I would need to amend to replace "John Does" with the correction officers identified in her initial disclosures.

I have recently received defendants' initial disclosures which include an investigation report regarding the incident underlying the complaint. The report includes statements from the correction officers involved in the incident. If permitted, I seek to add 5 correction officers who were involved in plaintiff's removal from his cell on Riker's Island.

Thank you for your consideration. Please let me know if there is any additional information I can provide.

Sincerely Yours,

Nicole Bellina
718 852 4491

cc: ACC Campbell-Priveterre (BY FAX)

6/13/08

Application denied without prejudice to submission of a stipulation or, in the alternative, a formal motion including a copy of the proposed Amended Complaint.

SO ORDERED.
James C. Francis IV
USMJ