**DOCUMENT
ELECTRONICALLY FILED

DOC #: _____

DATE FILED: 8/6/08**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

WILBURT EVANS,

Plaintiff,

↙ORDER

-against-

**STIPULATION TO AMEND
THE COMPLAINT**
07CV6662 (RJH)(JCF)

CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.
HORN, WARDEN MICHAEL HOURIHANE, CAPTAIN
BRIAN SULLIVAN, JOHN DOE CORRECTION
OFFICERS #1-5,

ELECTRONIC FILING CASE

Defendants.

----------------------------------------------------------------- x

IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the
attorneys of record for all previously named parties to the above entitled action that the
first amended complaint be amended to replace John Doe Correction Officers #1-5 with
the following six correction officers:

Officer Juan Rivera
Officer John Smalls
Officer Julio Colon
Officer Antonio Velez
Officer Gerard Gaton
Officer Gerald Gaubron

The new complaint shall be entitled SECOND AMENDED COMPLAINT.

Dated: July **31**, 2008

Stoll, Glickman & Bellina, LLP
Attorney for Plaintiff
71 Nevins St.
Brooklyn, NY 11217

BY: _____
Nicole Bellina

Michael A Cardozo
Corporation Counsel City of NY
Attorney for Defendants City, Horn,
  Hourihane, Sullivan
100 Church St.
New York, NY 10007
BY: _____
Joyce Campbell Priveterre

SO ORDERED:
_____
Magistrate Judge Francis
8/5/08